UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WAUSAU,
    PLAINTIFF,

v.                                                           2:20-CV-00108-FTM-38NPM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,
    DEFENDANT.
_____/

## CERTIFICATE OF INTERESTED PARTIES AND CORPORATE DISCLOSURE STATEMENT

I hereby disclose the following pursuant to this Court's interested persons order:

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in the outcome of this action — including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to *any* party in the case:

| **Name** | **Identity and Relationship** |
| --- | --- |
| Employers Insurance Company of Wausau | Plaintiff |

Liberty Mutual Group, Inc. owns 100% of the stock of Employers Insurance Company of Wausau.

LMHC Massachusetts Holdings, Inc. owns 100% of the stock of Liberty Mutual Group Inc.

Liberty Mutual Holding Company, Inc. owns 100% of the stock of LMHC Massachusetts Holdings Inc.

2. The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

None

3. The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or twenty largest unsecured creditors) in bankruptcy cases:

| Name | Identification and relationship |
|---|---|
| Employers Insurance Company of Wausau | Plaintiff |
| Redlands Christian Migrant Associations, Inc. | Defendant |

4. The name of each victim (individual or corporate) of civil and criminal conduct alleged to be wrongful, including every person who may be entitled to restitution:

Employers Insurance Company of Wausau.

I hereby certify that, except as disclosed above, I am unaware of any actual or potential conflict of interest involving the district judge and magistrate judge assigned to this case, and will immediately notify the Court in writing on learning of any such conflict. I further certify that I have inserted "None" if there is no actual or potential conflict of interest.

3 March 2020

/s/Michael R. Morris
Michael R. Morris
Counsel for
Florida Bar No. 70254
Morris & Morris, P.A.
777S. Flagler Drive, Suite 800 West Tower
West Palm Beach, FL 33401
Email: michael@morris.law
Telephone: 561.903.0562
Facsimile: 561.828.9351

### Certificate of Service

I certify that on 3 March 2020, I electronically filed the foregoing document electronically with the Clerk of Court by using CM/ECF which will generate a Notice of Electronic filing to Keith Hanenian,[1] attorney for Redlands Christian Migrant Association, keith@hanenianlaw.com, Law Offices of Keith M. Hanenian, PA, PO Box 21268, Tampa, FL 33622-1268

/s/ Michael R. Morris
Michael R. Morris

---

[1] Mr. Hanenian has previously represented Redlands Christian Migrant Association.