UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WASSAU,

    Plaintiff,

v.                                            Case No. 2:20-cv-108-SPC-NPM

REDLANDS CHRISTIAN MIGRANT
ASSOCIATION, INC.,

    Defendant.

## ORDER

Before the Court is Defendant's Motion to Compel Discovery Responses from Plaintiff, Employers Insurance Company of Wausau (Doc. 33). Plaintiff has failed to timely respond or object to Defendant's discovery requests and has failed to confer with defense counsel for an extension of time to respond. This is not the first time Plaintiff has refused to meet deadlines or prosecute this case. Even now, Plaintiff failed to respond to the instant motion to compel, and the time to do so has lapsed; therefore, the motion is unopposed. *See* M.D. Fla. R. 3.01(c)

It is **ORDERED**:

1) Defendant's Motion to Compel (Doc. 33) is **GRANTED in part**. All objections other than privilege are waived. Plaintiff must answer

Defendant's First Set of Interrogatories, First Request for Production, and produce all nonprivileged responsive documents by April 9, 2021.

2) Defendant's other requested forms of relief, including attorney's fees for filing the motion, are **DENIED** for failure to comply with Local Rule 3.01(g).

**DONE** and **ORDERED** in Fort Myers, Florida on March 26, 2021.

_____
NICHOLAS P. MIZELL
UNITED STATES MAGISTRATE JUDGE