UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WASSAU,

    Plaintiff,

v.                                                    Case No: 2:20-cv-108-SPC-NPM

REDLANDS CHRISTIAN
MIGRANT ASSOCIATION, INC.,

    Defendant.
_____/

### **ORDER**[1]

This matter comes before the Court following the April 6 status conference that Plaintiff Employers Insurance Company of Wassau did not attend. (Doc. 36). Plaintiff also did not answer the Court's attempts to contact it once the conference started. (Doc. 36).

Plaintiff's failure to show is par for the course. It has shown a lackluster effort to prosecute this case – and the two others before it.[2] For example,

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Plaintiff first sued Defendant on the same complaint in 2018. But Senior United States District Judge John E. Steele dismissed without prejudice the case for failure to prosecute. *See Employers Ins. Co. of Wassau v. Redlands Christian Migrant Ass'n, Inc.*, No. 18-cv-601-JES-MRM (M.D. Fla. Apr. 25, 2019). Plaintiff tried again with an identical suit. But the undersigned dismissed that case for failure to timely serve Defendant and consistent failure

Plaintiff never responded to Defendant's first motion to dismiss. (Doc. 11). It also ignored Defendant's discovery requests, which forced the Court's intervention. (Doc. 35). The Court recognized Plaintiff's penchant for missing deadlines and scheduled the April 6 conference to address its conduct (or lack thereof). Plaintiff's failure to show does not help matters.

Because Plaintiff has shown no diligence in pursuing this case, the Court directs it to **SHOW CAUSE** why this action should not be dismissed for failure to prosecute. See Local Rule 3.10.

Accordingly, it is now **ORDERED:**

Plaintiff Employers Insurance Company of Wassau is **DIRECTED** to show cause on or before **April 16, 2021**, why (1) it missed the April 6 status conference; and (2) the Court should not dismiss this case **WITH PREJUDICE** for failure to prosecute diligently. **Failure to respond to this Order will result in the Court dismissing the action without further notice.**

**DONE** and **ORDERED** in Fort Myers, Florida on April 9, 2021.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record

---

to meet deadlines. See *Employers Ins. Co. of Wassau v. Redlands Christian Migrant Ass'n, Inc.,* No.19-cv-491-SPC-NPM (M.D. Fla. Feb. 3, 2020). This identical case is round three.