UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WASSAU,

    Plaintiff,

v.                                              Case No.:   2:20-cv-108-SPC-NPM

REDLANDS CHRISTIAN
MIGRANT ASSOCIATION, INC.,

    Defendant.
_____/

## **ORDER**[1]

Before the Court are Plaintiff's and Defendant's Motions for Summary Judgment. (Doc. 69; Doc. 71; Doc. 75).[2] The Court denies without prejudice all Motions because neither party followed the procedure for the "Statement of Material Facts" section as outlined in the Case Management and Scheduling Order (Doc. 21) and on the Undersigned's website. For example, Defendant does not list each material fact alleged not to be disputed in separate, numbered paragraphs, and both parties provide long paragraphs of narration

---

[1] Disclaimer: Documents hyperlinked to CM/ECF are subject to PACER fees. By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide, nor does it have any agreements with them. The Court is also not responsible for a hyperlink's availability and functionality, and a failed hyperlink does not affect this Order.

[2] Defendant has filed duplicative motions for summary judgment. *See* (Doc. 69 & Doc. 71).

rather than listing each single fact separately. So the Court will give the parties another chance to properly seek summary judgment.

Accordingly, it is now

**ORDERED:**

1. Defendant/Counter-Plaintiff's Motion for Summary Judgment (Doc. 69) is **DENIED without prejudice**.

2. Defendant/Counter-Plaintiff's Motion for Summary Judgment (Doc. 71) is **DENIED without prejudice**.

3. Plaintiff's Motion for Summary Judgment (Doc. 75) is **DENIED without prejudice**.

4. Plaintiff and Defendant may each file **one** amended motion for summary judgment on or before **April 1, 2022**.

5. The parties must provide the Court new courtesy copies of the amended motions and attached exhibits, affidavits, and other supporting papers.

**DONE** and **ORDERED** in Fort Myers, Florida on March 30, 2022.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record