UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

EMPLOYERS INSURANCE
COMPANY OF WASSAU,

    Plaintiff,

v.                                            Case No.:   2:20-cv-108-SPC-NPM

REDLANDS CHRISTIAN
MIGRANT ASSOCIATION, INC.,

    Defendant.
_____/

## ORDER[1]

Before the Court is a Joint Motion for Continuance of Trial Date. (Doc. 100).  Both parties wish to continue the October 2022 trial term to attend another mediation in hopes of resolving this action.  They seek to use again Kristine Hungate as their mediator and believe a mediation can be scheduled with her in mid-November to early December.  They thus ask for a February 2023 trial term.

After reviewing the record, the Court finds good cause to extend the trial term and all remaining pretrial deadlines to accommodate another mediation. Because of the Court's calendar, however, the trial term will be moved to

---

[1] Disclaimer: Papers hyperlinked to CM/ECF may be subject to PACER fees.  By using hyperlinks, the Court does not endorse, recommend, approve, or guarantee any third parties or their services or products, nor does it have any agreements with them.  The Court is not responsible for a hyperlink's functionality, and a failed hyperlink does not affect this Order.

March 2023. And for case management purposes, the Court will administratively close this case while the parties are pursuing their settlement discussions.

Accordingly, it is now

**ORDERED:**

1. The Joint Motion for Continuance of Trial Date (Doc. 100) is **GRANTED**, and the following deadlines will govern the remainder of this action:

| Deadline | Date |
|---|---|
| Joint Notice on Date and Time for Mediation | October 1, 2022 |
| Mediation Deadline | January 3, 2023 |
| Final Pretrial Meeting | February 8, 2023 |
| Motions in Limine | February 10, 2023 |
| Responses to Motions in Limine | February 13, 2023 |
| Joint Final Pretrial Statement, Proposed Jury Instructions, and Verdict Form | February 17, 2023 |
| Final Pretrial Conference | February 24, 2023, at 9:30 a.m. Courtroom 5D |
| Monthly Trial Term | March 1, 2023 |
| Estimated Length of Trial | 5 days |
| Jury or Non-Jury | Jury |

2. The Court **RESERVES** ruling on the following motions until after mediation:

   a. Plaintiff Employers Insurance Company of Wausau's Motion to Withdraw Admissions or for Relief from Technical Admissions (Doc. 76)

   b. Defendant Redlands Christian Migrant Association, Inc.'s Amended Motion for Summary Judgment (Doc. 80)

   c. Wausau's Amended Motion for Summary Judgment (Doc. 81)

   d. Redlands' Amended Motion to Strike the Declaration of Justin Gauthier (Doc. 84)

   e. Wausau's Motion to Strike Redlands' Unsworn Expert Report (Doc. 85)

   f. Redlands' Motion for Leave to Amend its Amended Motion for Summary Judgment Exhibits to Add Affidavit to Expert Report (Doc. 92)

   g. Wausau's Motion to Strike Redlands' Expert Affidavits (Doc. 94)

3. The Court **DENIES without prejudice** the following motions in limine:

   a. Redlands' First Motion in Limine – to Exclude Evidence and Argument Based Upon Declaration of Justin Gauthier (Doc. 102)

   b. Redlands' Second Motion in Limine – to Exclude and Prohibit Any Reference to Florida Statute § 627.371 or Administrative Remedies. (Doc. 101)

   c. Wausau's First Motion in Limine to Exclude Defendant's Purported Expert Witness Kevin McCarty from Testifying (Doc. 103)

    d. Wausau's Second Motion in Limine to Exclude or Limit Expert Testimony of Cynthia Howard (Doc. 104)

4. The Clerk is **DIRECTED** to **administratively close** this action until further Court notice.

**DONE** and **ORDERED** in Fort Myers, Florida on September 7, 2022.

*[Signature]*
SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies:  All Parties of Record